UNITED STATES of America,
Plaintiff–Appellee

v.

Marco Antonio CEJA, Defendant–
Appellant.

No. 15–1496.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 10, 2015.

Filed: Nov. 17, 2015.

Jeannette Suzanne Graviss, Special, U.S. Attorney's Office, Saint Louis, MO, for Plaintiff–Appellee.

Marco Antonio Ceja, Big Spring, TX, pro se.

Jason Korner, Clayton, MO, for Defendant–Appellant.

Before SMITH, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Marco Ceja directly appeals the sentence imposed by the district court[1] after he pleaded guilty to conspiring to distribute methamphetamine and conspiring to commit money laundering. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence was unreasonable. We conclude that Ceja's appeal waiver should be enforced and that the waiver prevents consideration of his claim. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir.2010) (de novo review of validity and applicability of appeal waiver); *United States v. Andis*, 333 F.3d 886, 889–90 (8th Cir.2003) (en banc) (court should enforce appeal waiver and dismiss appeal where it falls within scope of waiver, plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result). Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal.

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.